IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DJ JOSEPH WINSTON BRACKETT,**

      Plaintiff,

v.                                                    Civil Action No. **3:23CV31 (RCY)**

**UNITED METHODIST FAMILY SERVICES,**

      Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 10, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $38.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). The April 10, 2023 Memorandum Order was returned to the Court by the United States Postal Service because Plaintiff apparently had relocated. On April 26, 2023, the Clerk remailed the April 10, 2023 Memorandum Order to Plaintiff at his updated address. Nevertheless, Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                   /s/

                                        Roderick C. Young
                                        United States District Judge

Date: May 25, 2023
Richmond, Virginia